# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

U.S.A. vs. Amanda Kay Kaschmitter            Docket No. 7:10-M-1045-1

### Petition for Action on Probation

COMES NOW Djoni B. Barrett, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Amanda Kay Kaschmitter, who, upon an earlier plea of guilty to Carrying a Concealed Weapon, in violation of 18 U.S.C. §13, assimilated by N.C.G.S. 14-269(a1), was sentenced by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, on June 9, 2010, to a 12 month term of probation under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall pay a special assessment of $10 and a fine of $100.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On July 6, 2010, the defendant tested positive for cocaine. When confronted, the defendant admitted to using the substance. The defendant advised that her drug of choice is cocaine and requested substance abuse treatment. The probation officer is recommending imposition of a drug aftercare special condition to facilitate ongoing urinalysis and allow the defendant to participate in any recommended substance abuse treatment deemed necessary.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

Amanda Kay Kaschmitter
Docket No. 7:10-M-1045-1
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Kevin L. Connolley
Kevin L. Connolley
Supervising U.S. Probation Officer

/s/ Djoni B. Barrett
Djoni B. Barrett
U.S. Probation Officer
472-C Western Blvd.
Jacksonville, NC 28546-6862
Phone: (910) 347-9038
Executed On: July 14, 2010

## ORDER OF COURT

Considered and ordered this 15 day of July, 2010, and ordered filed and made a part of the records in the above case.

Robert B. Jones, Jr.
U.S. Magistrate Judge